17MAG9403

Approved: _____
JESSICA K. FEINSTEIN
Assistant United States Attorney

Before:   HONORABLE SARAH NETBURN
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   **COMPLAINT**

     - v. -                        :   Violation of
                                       18 U.S.C. § 922(g)(1)

VELAIR STRACHON,                   :   COUNTY OF OFFENSE:
                                       NEW YORK
              Defendant.           :

- - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

Fernando Bonilla, being duly sworn, deposes and says that he is a Detective with the New York City Police Department, and charges as follows:

COUNT ONE

On or about December 19, 2017 in the Southern District of New York, VELAIR STRACHON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a .22 caliber H&R revolver model 929, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

1. I am a Detective with the New York City Police Department ("NYPD"), and I have been personally involved in the investigation of this matter. This Affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement officers and other individuals. Because this

Affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2.  On or about December 19, 2017, at approximately 12:39 p.m., another NYPD Detective ("Detective-1") and I received a phone call from a third NYPD Detective ("Detective-2"). During the call, Detective-2 requested that we come to the vicinity of West 151st Street and 8th Avenue, New York, New York. Detective-2 said, in substance and in part, that he was observing an unknown male ("UM-1") menacing several individuals. Based on our conversation with Detective-2, I understood that Detective-2 had observed the butt of a firearm in UM-1's right jacket pocket. Detective-2 described UM-1 as a black male wearing tan pants, a black jacket, and a black skull cap.

3.  Following the call from Detective-2, I responded in a car with Detective-1 to the area where Detective-2 had observed UM-1. I observed a man matching Detective-2's description of UM-1 in the vicinity of West 151st Street and 8th Avenue. Detective-2, who was still on the phone and in the area, confirmed that the individual I observed was UM-1. I exited the vehicle and approached UM-1. I identified myself as law enforcement, and reached out to grab both of UM-1's hands. In response, UM-1 pushed my hands off and tried to get away. After a brief struggle, Detective-1 and I were able to restrain UM-1 and handcuff him.

4.  While UM-1 was being handcuffed, he said, "I'm fucking done, I'm fucking done." After UM-1 was handcuffed, I asked UM-1 if he had anything on him that he should not have. UM-1 responded, "Take it out of my fucking pocket, take it out of my fucking pocket." Detective-1 then recovered a firearm (the "Firearm") from UM-1's right sweater pocket. UM-1 was subsequently identified as VELAIR STRACHON, the defendant.

5.  From my examination of the Firearm, I know that the Firearm is a .22 caliber model 929 H&R revolver. Based on my conversation with a Special Agent of the United States Bureau of Alcohol, Tobacco, and Firearms, I have learned that the Firearm was manufactured in Massachusetts.

6.  On or about December 20, 2017, I spoke with Detective-2, who told me, in substance and in part, the

following:

        a.    On the previous day, Detective-2 did not observe the butt of a gun in the pocket of VELAIR STRACHON, the defendant, but rather saw STRATCHON engaged in a heated argument with several individuals, during which STRACHON had his right hand in his right jacket pocket, clenched tightly to his side.

        b.    While observing STRACHON, Detective-2 called Detective-1 and myself, and told us, in substance and in part, that that he believed STRACHON had a gun.

        7.    I have reviewed criminal history records pertaining to VELAIR STRACHON, the defendant, which show that STRACHON was convicted on or about September 24, 2013 in New York County Supreme Court of Attempted Robbery in the Second Degree, in violation of New York Penal Law § 160.10, a Class D Felony, and sentenced to three years' imprisonment.

        WHEREFORE, deponent prays that VELAIR STRACHON, the defendant, be imprisoned, or bailed, as the case may be.

        Fernando Bonilla
        Detective
        New York City Police Department

Sworn to before me this
20th day of December, 2017

HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK