UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -    x
                                   :
UNITED STATES OF AMERICA           :
                                   :
            - v. -                 :
                                   :
VELAIR STRACHON,                   :          18 Cr. 2 (CM)
                                   :
                 Defendant.        :
                                   :
- - - - - - - - - - - - - - - -    x

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/19

        1.    The filing of this *nolle prosequi* will

dispose of this case with respect to the defendant Velair

Strachon.

        2.    On January 2, 2018, Indictment 18 Cr. 2 was

filed, charging defendant Velair Strachon with being a felon

in possession of a firearm, in violation of Title 18, United

States Code, Section 922(g)(1).

        3.    Based on a review of the evidence in the case

and information pertaining to this defendant subsequent to

the filing of the Indictment, the Government has concluded

that further prosecution of defendant Velair Strachon would

not be in the interests of justice.

4.    In light of the foregoing, I recommend that

an order of *nolle prosequi* be filed as to defendant Velair

Strachon with respect to Indictment 18 Cr. 2.

JORDAN ESTES
Assistant U.S. Attorney
Tel. (212) 637-2543

Dated:   New York, New York
         January 28, 2019


Upon the foregoing recommendation, I hereby

direct, with leave of the Court, that an order of *nolle*

*prosequi* be filed as to defendant Velair Strachon with

respect to Indictment 18 Cr. 2.

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

Dated:   New York, New York
         January 28, 2019

SO ORDERED:

HONORABLE COLLEEN MCMAHON
Chief United States District Judge
Southern District of New York

Dated:   New York, New York
         January 29, 2019